IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CUSTIS LYNN COLLIER,

    Petitioner,                    No. CIV S-07-0761 LKK DAD P

    vs.

JAMES TILTON, et al.,

    Respondents.                ORDER

_____/

        Pursuant to this court's June 27, 2007 order, petitioner has filed a first amended petition for writ of habeas corpus. Therein, petitioner claims that the evidence introduced at his state court criminal trial was legally insufficient to establish that he possessed methamphetamine for sale, possessed ephedrine, and maintained a place to manufacture methamphetamine.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's amended habeas petition.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file a response to petitioner's July 6, 2007 first amended petition for writ of habeas corpus within thirty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and

other documents relevant to the issues presented in the petition.  <u>See</u> Rule 5, Fed. R. Governing §
2254 Cases;

      2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

      4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

      5. The Clerk of the Court shall serve a copy of this order together with a copy of the petitioner's July 6, 2007 first amended petition for writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: August 13, 2007.

                                                                        DALE A. DROZD
                                                                        UNITED STATES MAGISTRATE JUDGE

DAD:9
coll0761.100