IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CUSTIS LYNN COLLIER,

    Petitioner,                    No. CIV S-07-0761 LKK DAD P

    vs.

JAMES TILTON, et al.,

    Respondents.              <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a second amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to this court's order filed September 18, 2007, petitioner has also filed a renewed motion for stay and abeyance.

        Since petitioner may be entitled to relief if the claimed violations of constitutional rights are proved, respondents will be directed to file a response to petitioner's motion for stay and abeyance.

/////

/////

/////

/////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondents shall file an opposition or statement of non-opposition to petitioner's October 25, 2007 motion for stay and abeyance within thirty days of the date of this order; and

2. Petitioner shall file a reply, if any, within fifteen days after service of the opposition.

DATED: November 1, 2007.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
coll0761.100sty