IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CUSTIS LYNN COLLIER,

    Petitioner,                      No. CIV S-07-0761 LKK DAD P

    vs.

JAMES TILTON,

    Respondent.                  <u>ORDER</u>

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 11, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed December 11, 2007, are adopted in full;

2. Petitioner's October 25, 2007 motion for a stay and abeyance is granted;

3. Petitioner is ordered to present all unexhausted claims to the California Supreme Court in a further state habeas corpus petition to be filed within thirty days from the date of this order, if all unexhausted claims have not already been presented;

4. This action is stayed and the Clerk of the Court is directed to administratively close the case;

5. Petitioner is ordered to file and serve a status report in this case on the first court day of each month; and

6. Petitioner is ordered to file and serve a motion to lift the stay of this action, along with a proposed second amended petition containing only exhausted claims, within thirty days after petitioner is served with the California Supreme Court's order disposing of the state exhaustion petition.

DATED: January 29, 2008.

*[signature: Lawrence K. Karlton]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT