IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURTIS LYNN COLLIER,** | CIV S-07-0761 LKK DAD P |
| Petitioner, | |
| v. | ORDER |
| **JAMES TILTON, et al.,** | |
| Respondents. | |

Respondent has requested an extension of time to file a responsive pleading in this matter. GOOD CAUSE appearing, IT IS HEREBY ORDERED that:

1. Respondent's August 5, 2008 motion for an extension of time is granted; and

2. Respondent shall file a responsive pleading on or before September 5, 2008.

DATED: August 11, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/coll0761.111res