IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CURTIS LYNN COLLIER,** | CIV S-07-0761 LKK DAD P |
| Petitioner, | **ORDER** |
| v. | |
| **JAMES TILTON, et al.,** | |
| Respondents. | |

Respondent has requested a third extension of time to file a responsive pleading in this matter. Good cause appearing, IT IS HEREBY ORDERED that Respondent shall file and serve a responsive pleading on or before October 6, 2008.

DATED: September 8, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/coll0761.111rp