IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LYNN COLLIER,

     Petitioner,                   No. CIV S-07-0761 LKK DAD P

   vs.

JAMES TILTON, et al.,

     Respondents.               <u>ORDER</u>

_____/

     Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, petitioner's request will be granted. Petitioner has also requested a copy of his third amended petition. Petitioner is advised that the court does not typically provide copies of documents to litigants. However, good cause appearing, the court will direct the Clerk of the Court to send petitioner a copy of his third amended petition and its accompanying exhibits.

     Accordingly, IT IS HEREBY ORDERED that:

     1. Petitioner's October 31, 2008 request for an extension of time (Doc. No. 41) is granted;

     2. Petitioner shall file and serve a traverse on or before December 28, 2008;

/////

/////

1

1       3.  Petitioner's October 31, 2008 request for a copy of his third amended petition (Docket No. 41) is granted;

        4.  The Clerk of the Court is directed to send petitioner a copy of his third amended petition (Doc. No 26) and its accompanying exhibits (Doc. No. 27).

DATED: November 12, 2008.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
coll0761.111t

2