IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CURTIS LYNN COLLIER,

    Petitioner,                    No. CIV S-07-0761 LKK DAD P

    vs.

JAMES TILTON, et al.,

    Respondents.             ORDER

_____/

        Petitioner has requested an extension of time to file and serve a memorandum of points and authorities in support of his traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's January 5, 2009 request for an extension of time (Doc. No. 44) is granted; and

        2. Petitioner shall file and serve a memorandum of points and authorities in support of his traverse on or before January 15, 2009.

DATED: January 9, 2009.

                                                /s/ Dale A. Drozd
                                               DALE A. DROZD
                                               UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
coll0761.111t(2)